**DAPEER LAW, P.A.**
Rachel Edelsberg, Esq.
Jersey Bar No. 039272011
3331 Sunset Avenue
Ocean, New Jersey 07712
Telephone: 305-610-5223
rachel@dapeer.com

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq. *(pro hac vice to be filed)*
Florida Bar No. 101754
ashamis@shamisgentile.com
Garrett O. Berg, Esq. *(pro hac vice to be filed)*
Florida Bar No. 1000427
gberg@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132Telephone: 305-479-2299

**EDELSBERG LAW, PA**
Scott Edelsberg, Esq. *(pro hac vice to be filed)*
Florida Bar No. 0100537
scott@edelsberglaw.com
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

*Attorneys for Plaintiff*

| | |
|---|---|
| DIANE MCCOY, individually and on behalf of all others similarly situated,  *Plaintiff*,  vs.  GEICO INDEMNTIY COMPANY, A foreign corporation,  *Defendant*. _____/ | CLASS ACTION  CASE NO. 3:20-cv-05597  **APPLICATION AND CERTIFICATION OF RACHEL EDELSBERG IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**  ***Document Electronically Filed*** |

**RACHEL EDELSBERG**, of full age, hereby certifies as follows:

1. I am a member of the law firm of Dapeer Law, P.A. I am admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey. I am a member of good standing of both bars, and I am not under suspension or disbarment of these courts or any other court or jurisdiction.

2. I submit this Certification in support of the application by plaintiff, Diane Mccoy, for admission *pro hac vice* of Andrew Shamis, Shamis & Gentile, P.A., to appear in this action as co-counsel for Diane Mccoy.

3. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me. Further, I agree to promptly notify the attorneys admitted *pro hac vice* of the receipt of all notices, orders, and pleadings.

4. Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice.*

5. On behalf of Diane Mccoy, I respectfully request that the Court grant its application to have Andrew Shamis, Esq., admitted *pro hac vice* to appear and participate in this matter pursuant to Local Civil Rule 101.1(c).

6. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ *Rachel Edelsberg*
RACHEL EDELSBERG

Dated: July 7, 2020.