# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIANE MCCOY, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> vs. <br><br> GEICO INDEMNITY COMPANY, <br><br> *Defendant*. | CLASS ACTION <br><br> Case No. 3:20-cv-05597 |

## PLAINTIFF'S UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff moves before the Honorable Zahid N. Quraishi of the United States District Court for the District of New Jersey, Trenton, pursuant to Federal Rule of Civil Procedure 23(e) and 23(h), for an Order:

(1) Granting preliminary approval of a settlement resolving the claims of the certified Class in this action, as well as the identical claims of a broader proposed settlement class;

(2) Directing notice of the proposed settlement to the Class and settlement class; and

(3) Setting a final fairness hearing at a time and date to be determined by the Court.

The motion relies on the accompanying memorandum of law, the declaration of Edmund A. Normand, the exhibits thereto, and all other submissions made herewith.

Dated: July 1, 2024

/s/ Mark A. DiCello
Mark A. DiCello
DICELLO LEVITT LLP
8160 Norton Parkway
Mentor, Ohio 44060
Telephone: (440) 953-8888
madicello@dicellolevitt.com

Rachel Dapeer, Esq.
DAPEER LAW, P.A.
3331 Sunset Avenue
Ocean, New Jersey 07712
Telephone: 305-610-5223
rachel@dapeer.com

*Class Counsel*

Daniel R. Ferri
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900

dferri@dicellolevitt.com

Edmund A. Normand
NORMAND PLLC
3165 McCrory Place, Suite 175
Orlando, Florida 32803
Telephone: 407-603-6031
ed@normandpllc.com

Scott Edelsberg, Esq.
Adam Schwartzbaum, Esq.
EDELSBERG LAW, P.A.
scott@edelsberglaw.com
adam@edelsberglaw.com
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Telephone: (305) 975-3320

Andrew J. Shamis, Esq.
SHAMIS & GENTILE, P.A.
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Telephone: (305) 479-2299

*Additional Attorneys for Plaintiff, the Class, and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, I electronically filed the foregoing document with the Court via CM/ECF, which will automatically send notice and a copy of the same to counsel of record via electronic mail.

/s/ *Daniel R. Ferri*
Daniel R. Ferri