## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIANE MCCOY, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No.<br>) 3:20-CV-05597-BRM |
| v. | )<br>) |
| GEICO INDEMNITY COMPANY, a foreign corporation | )<br>) |
| Defendant. | )<br>) |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE THAT upon this Notice of Motion and Motion, Diane McCoy ("Plaintiff"), by and through her undersigned counsel, and pursuant to Fed. R. Civ. Pro. 23(e), moves before the Honorable Tonianne Bongiovanni of the United States District Court for the District of New Jersey, Trenton, for an Order approving the parties' class settlement.

The Motion relies on the accompanying Memorandum of Law, the Declaration of Alexander S. Williams, and all other submissions made herewith.

Respectfully submitted this 13th day of January, 2025.

/s/ Mark A. DiCello
Mark A. DiCello
**DICELLO LEVITT LLP**
8160 Norton Parkway
Mentor, Ohio 44060
Telephone: (440) 953-8888
madicello@dicellolevitt.com

Adam J. Levitt
Daniel R. Ferri
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
dferri@dicellolevitt.com

Edmund A. Normand
**NORMAND PLLC**
3165 McCrory Place, Suite 175
Orlando, Florida 32803
Telephone: 407-603-6031
ed@normandpllc.com

Rachel Dapeer, Esq.
**DAPEER LAW, P.A.**
3331 Sunset Avenue
Ocean, New Jersey 07712
Telephone: 732-655-2119
rachel@dapeer.com

Scott Edelsberg, Esq.
**EDELSBERG LAW, P.A.**
scott@edelsberglaw.com
20900 NE 30th Avenue, Suite 417

Aventura, FL 33180
Telephone: (305) 975-3320

Adam Schwartzbaum, Esq.
**EDELSBERG LAW, P.A.**
adam@edelsberglaw.com
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Telephone: (305) 975-3320

Andrew J. Shamis, Esq.
**SHAMIS & GENTILE, P.A.**
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Telephone: (305) 479-2299

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2025, I electronically filed the foregoing document with the Court via CM/ECF, which will automatically send notice and a copy of the same to counsel of record via electronic mail.

/s/ Mark A. DiCello
Mark A. DiCello
